FEDERAL DEPOSIT INSURANCE CORPORATION,
RECEIVER OF SUMMIT NATIONAL BANK *v.*
WINSTED LAND DEVELOPMENT
COMPANY ET AL.
(AC 20787)

Foti, Spear and O'Connell, Js.

Submitted on briefs March 2—officially released March 27, 2001

Per Curiam. The judgment is affirmed.

JEFFREY PERRY *v.* COMMISSIONER OF
CORRECTION
(AC 19729)

Foti, Spear and O'Connell, Js.

Submitted on briefs March 2—officially released March 27, 2001

Per Curiam. The appeal is dismissed.

BRUCE MERLIN *v.* LABOR FORCE OF
AMERICA, INC., ET AL.
(AC 20406)

Landau, Spear and Dranginis, Js.

Argued March 20—officially released April 17, 2001

Per Curiam. The decision of the workers' compensation review board is affirmed.